# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

150672

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 150672
                                    COA: 314060

SAMIR HADOUS,
               Defendant-Appellant.
                                    Wayne CC: 04-000496-FC

_____/

      By order of December 18, 2015, the application for leave to appeal the October 28, 2014 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Temelkoski* (Docket No. 150643). On order of the Court, the case having been decided on January 24, 2018, 501 Mich ___ (2018), the application is again considered and, it appearing to this Court that the cases of *People v Tucker* (Docket No. 152798) and *People v Snyder* (Docket No. 153696) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2018
_____

a0516



Clerk